COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| JOSE MANUEL BRITO, | § | |
| Appellant, | § | No. 08-15-00196-CR |
| V. | § | Appeal from the |
| THE STATE OF TEXAS, | § | 384th District Court |
| Appellee. | § | of El Paso County, Texas |
| | § | (TC# 20140D05269) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 25TH DAY OF JULY, 2018.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.
Hughes, J. (Not Participating)